## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

INNOVATCO, INC.,

     PLAINTIFF,

V.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

     DEFENDANTS.

CASE NO.: 1:25-CV-02434

JUDGE MATTHEW F. KENNELLY

MAGISTRATE JUDGE KERI L. HOLLEB HOTALING

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff, Innovatco, Inc., ("Innovatco" or "Plaintiff") hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order, entered April 29, 2025. [Docket No. 33]. In support of its Motion, Innovatco files herewith a Memorandum of Law and a further Declaration of Ann Marie Sullivan.

Dated: May 20, 2025

Respectfully submitted,

*/s/ Gouthami V. Tufts*
Ann Marie Sullivan
Alison K. Carter
Gouthami V. Tufts
John J. Mariane

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd. Ste 1700
Chicago, Illinois 60604
www.scip.law
929-724-7529
g.tufts@scip.law

***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 20, 2025 a true and correct copy of the above and foregoing document was: electronically filed, with the Clerk of the Court using the CM/ECF system; electronically published on a website to which the Defendants have been directed pursuant to the Service of Process; and emailed as an attachment to all email addresses identified or provided for Defendants by the Defendants or third-parties, which includes a link to said website.

*/s/ Gouthami V. Tufts*
Gouthami V. Tufts