UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INNOVATCO, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | CASE NO.: 1:25-CV-02434 <br><br> JUDGE MATTHEW F. KENNELLY <br><br> MAGISTRATE JUDGE KERI L. HOLLEB HOTALING |

## EXHIBIT 1 | SERVICE EMAIL ADDRESSES

| NO. | DEFENDANT | SERVICE METHOD |
|---|---|---|
| 1 | WllHaiTao | 13403875768@163.com |
| 2 | SQSM123 | shengqieshangmao@163.com |
| 3 | fengmingzhi | fengzhiwei232@outlook.com |
| 4 | limushang | limu0826@163.com |
| 5 | MokeMoto | 18633803005@163.com |
| 6 | bulikeshop | xuzhoubulike@outlook.com |
| 7 | ZanQianUS | u223323@163.com |
| 8 | EDAT | muduoshangwux@163.com |
| 9 | Xiaowei's Picks | 13137805982@163.com |
| 10 | Positive Vibes Haven ★★★★★ | dyy20230218@163.com |
| 11 | shangqiuhatongshangmaoyouxiangongsi | m17337013817@163.com |
| 12 | Yuhuoo | noedeer@163.com |
| 13 | HELLORSO | xx4100wen@yeah.net |
| 14 | Meetluckfx | qiangtuo4562123@163.com |
| 15 | jiajiashangpu | 18148712053@163.com |
| 16 | boyushang | boyushangmao616@163.com |
| 17 | Hero Qi diam | dehuibaihuoli@163.com |
| 18 | bojinshang | bojinshangmao11@163.com |
| 19 | YanLingXianChaWanShangMaoYouXianGongSi | 18864667257@163.com |
| 20 | XUSHUJIE | shujie1993101@163.com |
| 21 | XuChangLeWangShangMaoShangHang | kangwenjing2024@163.com |
| 22 | hageme | jiayi2215021@163.com |
| 23 | SHUANGFEIBM | qinshuangfei56443@163.com |
| 24 | shanghailuyingqichefuwuyouxiangongsi | b32336@163.com |
| 25 | Xingjuchen | 40674867@qq.com |
| 26 | Sigerio Store | gmi_tech@163.com |

| | | |
|---|---|---|
| 27 | eryumengwangluo | hanshukai105@163.com |
| 28 | UVSHOE | uvshoe@foxmail.com |
| 29 | muyuxuanhe | 925196928@qq.com |
| 30 | Gnohxor-US | liulingling2017@126.com |
| 31 | Ddouchong | 19372488682@163.com |
| 32 | MALSJ | diaoyanzheng@163.com |
| 33 | Clearance Sales Shop-US - PoeinAe | kaorraew@163.com |
| 34 | GZSHIYIKEJI | shiyi_keji@163.com |
| 35 | Ruidianzi | maleherb@126.com |
| 36 | MateGlynur | 874547014@qq.com |
| 37 | CQHXFJT | hxf369353309@sina.com |
| 38 | sun win | 516585505@qq.com |
| 39 | GBTORJIEM | zhuofeiaavds166@163.com |
| 40 | Xie Zhenwen2024 | jiningshixiezhenwendianzi@outlook.com |
| 41 | Haoqixiaozhi | hanyi0224@163.com |
| 42 | GodDrink | goddrinkshop@gmail.com |
| 43 | XLZYSM | 15235183618@163.com |
| 44 | hainanjuheng | 18874740686@163.com |
| 45 | Headscents-US | meiye20241113@163.com |
| 46 | bongao | hh18229220418@163.com |
| 47 | Gugliet-Cleaner | d0w3g2@sina.com |
| 48 | SMTM US | jianglingyun309@163.com |
| 49 | AirEase | amzhoozus@163.com |
| 50 | RENWENKJ | henanrenwenszp@163.com |
| 51 | bljsmgmh | lnr519739@163.com |
| 52 | Innersoulful-US | franklin_deng@outlook.com |
| 53 | Wantefully | 18819154639@163.com |
| 54 | Comborte | whgq2023@163.com |
| 55 | Juyuaer | whjyldh@163.com |
| 56 | Luckyly US【7-15 days delivery】 | aobbye@outlook.com |
| 57 | tiankai8888 | tiankaibfc6688@163.com |
| 58 | Tocy | jiye881210@163.com |
| 59 | Huaaabb | toabcdd@126.com |
| 60 | Grapedg | 15302607149@163.com |
| 61 | wwbstr | weiwenbin2023ymx@outlook.com |
| 62 | JRBHSH | 15822354848@163.com |
| 63 | nianyanshangmao | 18623852907@163.com |
| 64 | ZKHPSM | lihaoyuhp@outlook.com |
| 65 | Manutox | lzg202309@163.com |
| 66 | TanChiMao | 2807466728@qq.com |
| 67 | Hongsheng01 | hongshengfang0606@163.com |
| 68 | Lubinus | fanluluamzus@163.com |
| 69 | zhongyangyang | lxd555953@163.com |

| | | |
|---|---|---|
| 70 | Partgry-T | partgry002@sina.com |
| 71 | BOWENCXLJH | 13581204296@163.com |
| 72 | Jauidaxi | jiahuidaxi@163.com |
| 73 | DaLiMo | 2077976181@qq.com |
| 74 | CaoAun | xt1834835477@163.com |
| 75 | hongmanwangluo | burutw857@163.com |
| 76 | 璟枫岭澄贸易有限公司 / Jingfeng Lingcheng Trading Co., Ltd. | 18760375583@163.com |
| 77 | ZHUJIFAQIANFENGNANLUDIAN | zhujifasushe@aliyun.com |
| 78 | A-case | kejihuizi@163.com |
| 79 | RnemiTe | zefengmaoyi@yeah.net |
| 80 | xiaosongmaoyi | s17333703135@163.com |
| 81 | ChuanRan-US ★★★★★ | chuanran6985@163.com |
| 82 | TFGHJTDR | 17393111879@163.com |
| 83 | XIN RONG | xinrongjiaju@outlook.com |
| 84 | MALIHELI | liytff@126.com |
| 85 | FOLOU | ciggweiksf@outlook.com |
| 86 | tmdd | 19026068718@163.com |
| 87 | NIAN XUN | jerry999314@163.com |
| 88 | JiChiShangMao | jichimaoyi@outlook.com |
| 89 | longjianga | longjianso@126.com |
| 90 | Strange Tools-US ★★★★★ | wangzhiquan126@outlook.com |
| 91 | Mengyao New Year's Shop | wangmengyao170726@163.com |
| 92 | wangyanfangfafa | wangyanfang0417@163.com |
| 93 | NSTLAB-US | yangzhupi@foxmail.com |
| 94 | SHENGMENG | zzy19920907@aliyun.com |
| 95 | wishtoday | 19103827827@163.com |
| 96 | YueYuehaoooo | liunia2000@yeah.net |
| 97 | Hongzhou(gz) | 18620126703@163.com |
| 98 | ze heng shang mao | zehengshangmao2024@163.com |
| 99 | TESCOO (Fast Delivery 7 - 15 Days) | 1803950859@qq.com |
| 100 | zhangbeierst235 | zhangbeierst235@outlook.com |
| 101 | Zepai-US | zhaoliang1818@yahoo.com |
| 102 | Hullsour | wangfengxiu1111@163.com |
| 103 | Simangy | simanily@163.com |
| 104 | shenzhenshizhenxinxinxijishuyouxiangongsi | zhenxin417@163.com |
| 105 | HDPFDZ | bolangkuajing@163.com |
| 106 | GuangZhouXianLiiShangMaoYouXianGongSi | joy1980627@163.com |
| 107 | Hcyang | huxiansheng2017@163.com |
| 108 | yiyushiyong(跟卖必纠) / yiyushiyong (follow-selling must be corrected) | cc1196687213@163.com |
| 109 | WuXiYingMaoTongDianZiShangWuYouXianGongSi | zhutangliyin2025@163.com |
| 110 | BIHUAIQIANDIANZISHANGWU | gezhonggeyang@yeah.net |

3

| | | |
|---|---|---|
| 111 | ZYFDM | zhang18903755895@163.com |
| 112 | Geyiwanneng | 15993225922@163.com |
| 113 | HRBLY-YXGS | lrx285@sina.com |
| 114 | super fine business | ry15997995878@163.com |
| 115 | GoldHomeSt | jinhuivv1234@outlook.com |
| 116 | BIFENGSHUNCAI | laibing907@outlook.com |
| 117 | tanghexiangenuoshangmao | klsdfkj9237nbn0@163.com |
| 118 | RuiGe Store | zhangruige20220916@163.com |
| 119 | MEILIZhang | 17720270074@163.com |
| 120 | yuhangyueUS | 18713616236@sohu.com |
| 121 | XingXiaoTianXia | 13544143778@163.com |
| 122 | Chuxvif-US | sizupak@outlook.com |
| 123 | Vinnat us | momo1913@sina.com |
| 124 | laobanzhang | 18937575736@163.com |
| 125 | FEICHIZHONG | 15539002568@163.com |
| 126 | peileishangmao1 | gaopeileishang@163.com |
| 127 | YingGao | lilianying0721@163.com |
| 128 | DELIHONGXIN | zhaodoves@outlook.com |
| 129 | GMCCY | 602729963@qq.com |
| 130 | HNJunlang-US | hnjunlang@163.com |
| 131 | JiaPinYunUS | xiongdanrong0478@outlook.com |
| 132 | conglun-store | 18538292296@163.com |
| 133 | fengzhonggood | zhongfeng2024@163.com |
| 134 | Minnya | dbhugf6@126.com |
| 135 | zhaokaistore | zk15536454810@163.com |
| 136 | Heraldo-US | xiaohuimushang@163.com |
| 137 | 忆往昔 / Reminiscing the past | 17698725131@163.com |
| 138 | Visdron | xiaochening@outlook.com |
| 139 | 鑫宏电子商务公司 / Xinhong E-commerce Company | 15970228447@163.com |
| 140 | PanXi Store | 1390329992@qq.com |
| 141 | Quanyixin-US | quanyixinkeji@163.com |
| 142 | toovren store | guangzhoutiankuang@163.com |
| 143 | Hnfh-US | henanfhkj@163.com |
| 144 | gavin Store | chuwenwen20210922@163.com |
| 145 | RED BLACK Store | langshi50792@163.com |
| 146 | Kerindas-US | queiorv@163.com |
| 147 | Triumph Electronics Trading Co. | kaixuan3554@163.com |
| 148 | TIEVOSA-US | xxiejp@126.com |
| 149 | AIWEAM Life | juneyy99087@outlook.com |