# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| INNOVATCO, INC., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:25-CV-02434 <br><br> JUDGE MATTHEWS F. KENNELLY <br><br> MAGISTRATE JUDGE KERI L. HOLLEB HOTALING |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 3 | fengmingzhi |
| 59 | Huaaabb |
| 89 | longjianga |
| 100 | zhangbeierst235 |
| 65 | Manutox |
| 79 | RnemiTe |
| 97 | Hongzhou(gz) |
| 101 | Zepai-US |
| 143 | Hnfh-US |

Dated: June 13, 2025

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison Carter
Gouthami V. Tufts
John J. Mariane
**Sullivan & Carter, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***