UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INNOVATCO, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:25-CV-02434 <br><br> JUDGE MATTHEWS F. KENNELLY <br><br> MAGISTRATE JUDGE KERI L. HOLLEB HOTALING |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 102 | Hullsour |

Dated: June 23, 2025

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison Carter
Gouthami V. Tufts
John J. Mariane

**Sullivan & Carter, LLP**

111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
Telephone: 929-724-7529
E-mail: a.carter@scip.law

*ATTORNEYS FOR PLAINTIFF*